No. 82–365. LOVE, WARDEN, ET AL. *v.* STACY. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 